UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-80163-Cr-Cannon/Reinhart

UNITED STATES OF AMERICA,

v.

ARNOLDO FEDERICO OVALLE-CHOS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION
## FOLLOWING CHANGE OF PLEA HEARING

THIS CAUSE is before the Court upon an Order of Reference from U.S. District Judge Aileen M. Cannon. The Court held a change of plea hearing on December 14, 2021, which was attended by Defendant, his counsel Robert Adler, and Assistant U.S. Attorney Alexandra Chase. The Court hereby advises as follows:

1.    The Court advised Defendant of his right to have the hearing conducted by the presiding U.S. District Judge assigned to the case. The Court further advised Defendant that a U.S. Magistrate Judge was conducting the change of plea hearing by Order of Reference from the U.S. District Judge. The Court further advised Defendant that his sentence would be imposed by the presiding U.S. District Judge, who would make all findings and rulings regarding such sentence and would conduct a sentencing hearing at a time set by the U.S. District Judge.

2.    The Court advised Defendant that he did not have to permit the undersigned to conduct this hearing and could require that the change of plea hearing be conducted by the U.S. District Judge. The Court conducted a plea colloquy in accordance with the outline set

forth in the Bench Book for U.S. District Judges and in conformity with the requirements of Federal Rule of Criminal Procedure 11.

3. This Court also made certain that Defendant was aware of any maximum sentences which could be imposed in this case pursuant to the sentencing guidelines and applicable statutes.

4. Defendant acknowledged that he was fully satisfied with the services of his Attorney and that he had full opportunity to discuss all facets of his case with his attorney, which he acknowledged that he understood.

5. Defendant pled guilty to the Indictment, which charges the Defendant with Illegal Reentry after Deportation, in violation of 8 U.S.C. § 1326(a).

6. The government offered an oral factual proffer that included all of the essential elements of the offense to which Defendant pled guilty.  Defendant acknowledged that all the statements contained therein are true. The defendant was aided by a Spanish Interpreter.

7. Defendant has been referred to the U.S. Probation Office for the preparation of a pre-sentence investigation report.  The sentencing hearing will be conducted at a time scheduled by the U.S. District Judge.

Accordingly, based upon the foregoing and the plea colloquy conducted by this Court, the undersigned

RECOMMENDS that Defendant, ARNOLDO FEDERICO OVALLE-CHOS, (1) be found to have freely, knowingly, and voluntarily entered a guilty plea to the Indictment, (2) that his guilty plea be accepted, (3) that he be adjudicated guilty of the offense, and (4) that a sentencing hearing as scheduled by the U.S. District Judge be conducted for a final disposition of this matter.

## NOTICE OF RIGHT TO OBJECT

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file any written objections with U.S. District Judge Aileen M. Cannon. Failure to file timely objections may bar the parties from attacking the factual findings contained herein on appeal. *See Resolution Tr. Corp. v. Hallmark Builders. Inc.,* 996 F.2d 1144, 1149 (11th Cir. 1993). Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." *See* 11th Cir. R. 3-1 (I.O.P.-3).

If counsel does not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.

DONE AND RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this 21st day of December 2021.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE