UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80163-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ARNOLDO FEDERICO OVALLE-CHOS,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 18].  On December 14, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to the sole count of the Indictment [ECF No. 7]. There is no written plea agreement. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 18].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 18] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Arnoldo Federico Ovalle-Chos as to the sole count of the Indictment is **ACCEPTED**.

3. Defendant Arnoldo Federico Ovalle-Chos is adjudicated guilty of the sole count of the Indictment, which charges him with illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a).

CASE NO. 21-80163-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 10th day of January 2022.

_____

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record